IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **MARK MATTLAGE-THURMOND** and **ROBERT J. SNOWDEN,** Appellants – Debtors, § § § § § § v. § § § § **FIRST NATIONAL BANK OF MCGREGOR d/b/a YOUR BANK FOR LIFE,** Appellee - Creditor § § § § § | **Case No. W-21-cv-00835** **Bankruptcy No. 19-60832-RBK** |

## ORDER

Before the Court is the above styled and numbered bankruptcy appeal. The Court has carefully considered the record and the briefs of both parties. The Court is persuaded by the analysis Chief United States Bankruptcy Judge King made on the record related to the Order Overruling Appellants' Amended Objection to Amended Proof of Claim No. 11, (Bankruptcy Dkt. 184). The Court concludes that the bankruptcy court's findings of fact are not clearly erroneous.

**IT IS THEREFORE ORDERED** that the bankruptcy court's Order Overruling Appellants' Amended Objection to Amended Proof of Claim No. 11 is **AFFIRMED**.

**IT IS FURTHER ORDERED** that this appeal is hereby **DISMISSED**.

SIGNED this 21st day of December, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE